**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO.: 24-58** |
| **v.** | * | **SECTION: "O"** |
| **KEVIN THOMPSON** | * | |

* * *

**FACTUAL BASIS**

The above-named defendant, **KEVIN THOMPSON**, has agreed to plead guilty as charged to Counts One and Two of the Superseding Bill of Information now pending against him. Should this matter have proceeded to trial, the United States of America would have proven beyond a reasonable doubt, through the introduction of relevant, competent, and admissible testimonial, physical and demonstrative evidence, the following facts to support the allegation against the defendant, **KEVIN THOMPSON ("THOMPSON")**:

Unless stated otherwise, all of the facts set forth herein occurred within the Eastern District of Louisiana.

In 2016, Nina THOMAS (N. Thomas), a resident of Austin, Texas, married an individual herein identified as "VICTIM 1," a former National Football League ("NFL") professional football player who played for the Seattle Seahawks and Baltimore Ravens. He retired in 2020 after playing for the Ravens and received a settlement check from the Ravens. He presently resides in Orange, Texas. On May 17, 2024, the Travis County Probate Court determined that he was incapacitated and granted his mother guardianship over his estate.

Prior to the marriage, N. Thomas and VICTIM 1 entered into a prenuptial agreement which stated in part, "the real and personal property that each party owns or claims prior to

AUSA ______
Defendant K.T

marriage…will remain that party's separate property during the marriage. All property, both real and personal (including all contract rights and income and proceeds therefrom), that either party acquires during the marriage by gift, devise, or descent, will be the separate property of the recipient."

On or around December 29, 2020, N. Thomas filed a petition for a divorce from VICTIM 1 in Travis County, Texas. Travis County has a standing order in effect for all family law cases filed on or after January 1, 2020. The standing order includes the following order for divorcing spouses:

a. Do NOT destroy, remove, conceal, encumber, transfer, or otherwise harm or reduce the value of the property of one or both spouses.
b. Do NOT sell, transfer, assign, mortgage, encumber, or alienate in any manner property of either spouse, unless specifically authorized by this Order.
c. Do NOT incur any debt, other than legal expenses in connection with this case, unless the debt is specifically authorized by this Order.
d. Do NOT withdraw or transfer money from any account in any financial institution for any purpose, except as specifically authorized by this Order.
e. Do NOT spend any cash in either spouse's possession or subject to either spouse's control for any purpose, except as specifically authorized by this Order.
f. Do NOT sign or endorse your spouse's name on any negotiable instrument, check, or draft, such as tax refunds, insurance payments, and dividends. Do NOT attempt to negotiate any negotiable instrument payable to your spouse without your spouse's personal signature.
g. Do NOT enter, operate, or exercise control over the vehicle in your spouse's possession.

Kevin THOMPSON is a resident of New Orleans. In 2021, he entered into a romantic relationship with N. Thomas, and thereafter THOMPSON and N. Thomas knowingly devised a scheme with the specific intent to defraud VICTIM 1 of monies and property belonging to him as separate property by way of false material representations, including but not limited to unauthorized financial transfers by electronic wire and the impersonation of VICTIM 1. On a date



AUSA ____
Defendant K.T.
Defense Counsel ____

unknown, but no later than March 31, 2022, N. Thomas obtained VICTIM 1's driver's license, passport, birth certificate, social security card, and cellular telephone in furtherance of the scheme to defraud.

On or around May 19, 2022, the NFL mailed VICTIM 1 a check in the amount of $885,419 to VICTIM 1's address in Austin, Texas. On or around May 31, 2022, THOMPSON texted N. Thomas, "U can now see all that mail that's coming to the house online."




An analyst with the United States Postal Inspection Service confirmed that on or around May 28, 2022, Informed Delivery was set up, which sent daily emails to ETHOMAS1989@Gmail.com, an email account controlled by N. Thomas and THOMPSON, showing what mail was going to that address. The service was set up in VICTIM 1's name, email address ETHOMAS1989@Gmail.com, and N. Thomas' cellular telephone number.

Google records confirmed that on or around May 23, 2022, the email EVTHOMAS1989@Gmail.com was created using IP address 108.225.205.199 in Arlington, Texas. The Google subscriber on the account is listed as VICTIM 1 The recovery e-mail for this created email address was Kevinjoe20002000@gmail.com and the recovery SMS was (504) 251-8405. Records provided by Ameritrade, Charles Schwab, and AT&T identified



AUSA
Defendant K.T.
Defense Counsel

Kevinjoe20002000@gmail.com and telephone number (504) 251-8405 as belonging to THOMPSON.

On or around May 24, 2022, account 12-0020 was opened at Jefferson Financial Credit Union ("JFFCU ACCOUNT") in Jefferson Parish, Louisiana. On the application, VICTIM 1 was listed as the applicant and his residence was listed as Austin, Texas. The application also listed VICTIM 1's actual social security number and Texas driver's license number. The email address listed was evthomas1989@gmail.com and THOMPSON's telephone number (504) 251-8405 was the home telephone number listed on the application. The JFFCU ACCOUNT was opened with a deposit of $10 and on or around May 27, 2022, a wire transfer of $104,157.16, from VICTIM 1's TD Ameritrade account, was deposited into the JFFCU ACCOUNT without VICTIM 1's authorization. Between May and July of 2022, over $860,000 from VICTIM 1's TD Ameritrade account was electronically wired to the JFFCU ACCOUNT by N. Thomas and THOMPSON without VICTIM 1's authorization.

On or around May 25, 2022, an account ending in 2483 was opened online at Capital One ("CAPITAL ONE ACCOUNT") by N. Thomas and THOMPSON in the name of VICTIM 1 The application listed evthomas1989@gmail.com as the email address and listed 4718 Sandalwood Street, New Orleans, LA, the address listed on THOMPSON's Louisiana driver's license, as the applicant's home address. Login records provided by Capital One show the IP address used to open the account originated in Dallas, Texas and was initiated by a device named "Nina's iPhone." On or around May 27, 2022, a check from the Baltimore Ravens, LP, VICTIM 1's former football team, payable to VICTIM 1, in the amount of $885,491.00, was deposited into the CAPITAL ONE ACCOUNT at a Capital One Branch on General DeGaulle Drive in New Orleans in the Eastern District of Louisiana without VICTIM 1's authorization. Between May of 2022 and May of 2023,



AUSA ____
Defendant K.T.
Defense Counsel AG

over $1,456,000 was deposited into the CAPITAL ONE ACCOUNT by N. Thomas and THOMPSON, including $100,000 from VICTIM 1's TD Ameritrade account and $80,000 from VICTIM 1's US Bank account without VICTIM 1's authorization.

Investigating agents confirmed that VICTIM 1 and N. Thomas were estranged at the time the above-mentioned accounts were opened and VICTIM 1 was not aware they were opened. Additionally, agents confirmed that VICTIM 1 never owned an email address of his own.

In addition to learning that THOMPSON and N. Thomas opened accounts in VICTIM 1's name, agents obtained text messages between the two of them in which N. Thomas implores THOMPSON to practice VICTIM 1's signature.






AUSA ____
Defendant K.T.
Defense Counsel ____

In turn, THOMPSON responds with texts showing that he is practicing VICTIM 1's signature:








On or around August 15, 2022, a direct deposit authorization form was signed via Docusign and submitted to the NFL Players Association ("NFLPA") directing all payments for VICTIM 1 to be deposited in the CAPITAL ONE ACCOUNT created in May 2022 without VICTIM 1's authorization. The form listed VICTIM 1's name as the NFL player requesting the direct deposit along with his social security number. The internet protocol (IP) address used was 179.52.251.77, which is in the Dominican Republic. Records provided by the Department of Homeland Security revealed both N. Thomas and THOMPSON flew from Miami to the Dominican Republic on August 8, 2022, and both flew from the Dominican Republic to Miami on August 25, 2022. On or

around August 26, 2022, $63,285 payable to VICTIM 1 was electronically wired from the NFL Players Association to the CAPITAL ONE ACCOUNT.

In October of 2022, N. Thomas posted a photo of herself with a Hermes Birkin handbag to her Instagram account in the name of "msninathomas."




Bank statements from the JFFCU ACCOUNT and records provided by Fashionphile, the store from which the bag was purchased, indicate the purse was purchased for $28,796, debiting the money from the JFFCU ACCOUNT and was shipped to VICTIM 1's mailing address. The email associated with the order was EVTHOMAS1989@GMAILCOM and the phone number used was THOMPSON's. Further investigation confirmed that VICTIM 1 did not authorize this transaction.



AUSA ______
Defendant K.T.
Defense Counsel ______

On or about February 17, 2023. THOMPSON deposited $139,039.72 into the CAPITAL ONE ACCOUNT after VICTIM 1's 2021 Rolls Royce Cullinan automobile was fraudulently sold to Autobyzack, Inc.in Houston, Texas, without VICTIM 1's authorization. On February 17, 2023, THOMPSON deposited the check from Autobyzack (No. 25597) for $139,039.72 into the CAPITAL ONE ACCOUNT at 313 Carondelet Street in New Orleans.

On or about May 16, 2023, VICTIM 1's 2017 Continental G7 Bentley automobile was sold to Autobyzack Inc. in Houston, Texas for $85,000.00 without VICTIM 1's authorization. The purchase agreement listed VICTIM 1 as the seller. Autobyzack, Inc. generated a check payable to VICTIM 1 in the amount of $85,000.00 (no. 28056). THOMPSON then deposited the check into the CAPITAL ONE ACCOUNT at a branch on Carondelet Street in New Orleans on May 17, 2023.

On or around June 10, 2022, N. Thomas and THOMPSON used VICTIM 1's driver's license to fraudulently complete a third-party credit card authorization for Avana Plastic Surgery in Miami, Florida to allow an individual herein identified as "C.G." to debit VICTIM 1's US Bank credit card for C.G.'s surgery. A captured text message exchange on June 9, 2022, between N. Thomas and C.G. details N. Thomas telling C.G. that she will have THOMPSON notarize the document. The authorization form lists VICTIM 1 as the cardholder and lists his credit card number along with his signature. THOMPSON had the form notarized in New Orleans and provided VICTIM 1's driver's license as identification. The notarial acknowledgement portion of the form lists VICTIM 1 as the appearer who acknowledges the information in the document is correct. The form also states that the notary verified the information with a driver's license. The form was submitted to Avana Plastic Surgery in Miami Florida and caused $5,500 to be charged to VICTIM 1's credit card for C.G.'s surgery without VICTIM 1's authorization.



AUSA ____
Defendant R.T
Defense Counsel ____

On June 30, 2022, THOMPSON went to Capital One Bank on General DeGaulle Drive in New Orleans and withdrew $200,000.00 from the account opened in VICTIM 1's name by N. Thomas and THOMPSON a month earlier without VICTIM 1's authorization. While at the bank, THOMPSON provided VICTIM 1's driver's license as identification for the transaction. In a bank audio recording of the teller requesting authority to deliver the funds, the teller is heard telling the other party that VICTIM 1 was requesting the withdrawal and that he had provided his driver's license as identification. The teller also reads VICTIM 1's Texas driver's license number to the other party as confirmation. Also, during the conversation between THOMPSON (acting as VICTIM 1) and the teller, when asked by the teller if he knows a "Thompson," he responds that he does not. Regarding his need for the funds, he says he is going to London.

On August 5, 2022, THOMPSON went to Capital One Bank on General DeGaulle Drive in New Orleans and withdrew $130,000.00 from the account opened in VICTIM 1's name by N. Thomas and THOMPSON in May 2022 without VICTIM 1's authorization. While at the bank, THOMPSON provided VICTIM 1's driver's license as identification for the transaction. In a bank audio recording of the teller requesting authority to deliver the funds, the teller is heard telling the other party that VICTIM 1 was requesting the withdrawal and that he had provided his driver's license as identification. According to the teller, THOMPSON (acting as VICTIM 1) told the teller that he needed the funds because he was going out of the country. As verification that THOMPSON (acting as VICTIM 1) was the authorized account holder, the bank sent a code to one of the phone numbers listed on the account – N. Thomas's phone number - last four digits being 5938. Text messages reveal that N. Thomas sent the code to THOMPSON when she received it and THOMPSON relayed it to the teller to approve the transaction. Once the transaction was approved, the teller provided the funds to THOMPSON.



AUSA ____
Defendant K.T.
Defense Counsel ____

On or around August 15, 2022, a direct deposit authorization form was signed via Docusign and submitted to the NFL Players Association directing all payments for VICTIM 1 to be deposited in the CAPITAL ONE ACCOUNT opened by N. Thomas and THOMPSON without VICTIM 1's authorization. The form was submitted in VICTIM 1's name and his social security number was used as the personal identifier. Subsequent to the change, on August 26, 2022, payments of $33,628.00 and $29,657.00 were deposited into the CAPITAL ONE ACCOUNT by the NFLPA, as confirmed by the bank statement.

On September 15, 2022, THOMPSON went to Capital One Bank on General DeGaulle Drive in New Orleans and withdrew $300,000.00 from the account opened in VICTIM 1's name by N. Thomas and THOMPSON in May 2022 without VICTIM 1's authorization. While at the bank, THOMPSON provided VICTIM 1's driver's license as identification for the transaction. In a bank audio recording of the teller requesting authority to deliver the funds, the teller is heard telling the other party that VICTIM 1 was requesting the withdrawal and that he had provided his driver's license as identification. Both bank employees recognized VICTIM 1, the name on the license as the former NFL player. THOMPSON (acting as VICTIM 1) told the teller that he needed the funds because his house burned down and he had no insurance (VICTIM 1's house did actually burn). As verification that THOMPSON (acting as VICTIM 1) was the authorized account holder, the bank sent a code to one of the phone numbers listed on the account, last four digits being 5938. That code again went to N. Thomas and text messages reveal that N. Thomas sent the code to THOMPSON when she received it. THOMPSON relayed the code to the teller to approve the transaction. Once the transaction was approved, the teller provided the funds to THOMPSON in cash.



AUSA ____
Defendant K.T.
Defense Counsel ____

After THOMPSON and N. Thomas fraudulently obtained the funds from VICTIM 1's account and deposited them in the JFFCU account, N. Thomas and/or THOMPSON used $28,796.54 of those funds to engage in the monetary transaction of purchasing the Hermes Birkin handbag from Fashionphile.

On November 15, 2024, Judge Donna Phillips Currault, United States Magistrate Judge for the Eastern District of Louisiana, issued a search warrant for email account ETHOMAS1989@Gmail.com. Review of the email revealed the account was used to communicate with an investment firm on or around October 6, 2023, purporting to be VICTIM 1 and requesting a transfer of $400,000. Days later, on October 11, 2023, a Change Request Form was sent from ethomas1918@gmail.com to change the payment account to Navy Federal Credit Union, account number 7168030125, in the name of VICTIM 1.

Records provided by Navy Federal Credit Union show THOMPSON opened checking account number 7168030125 on or around August 25, 2023, in his own name. On or around October 13, 2023, $400,000 was deposited into the Navy Federal Credit Union account, as directed by the Change Request Form:



AUSA ____
Defendant K.T.
Defense Counsel ____

**Statement of Account**
For KEVIN THOMPSON

Access No. 19793340

## Checking

**Every Day Checking - 7168030125**

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 09-17 | Beginning Balance | | 317.50 |
| 09-18 | POS Debit- Debit Card 1689 09-17-23 Pizza Hut #30965 New Orleans LA | 19.82- | 297.68 |
| 09-18 | POS Debit- Debit Card 1689 09-17-23 Tst* Hooks Catchin New Orleans LA | 22.97- | 274.71 |
| 09-18 | POS Debit- Debit Card 1689 09-14-23 Fair Zone Food Sto New Orleans LA | 32.01- | 242.70 |
| 09-18 | POS Debit- Debit Card 1689 09-14-23 Westin (Westin Hot Houston TX | 167.60- | 75.10 |
| 09-20 | POS Debit - Debit Card 1689 Transaction 09-19-23 Walgreens Store 4001 C New Orleans LA | 14.38- | 60.72 |
| 09-21 | POS Debit- Debit Card 1689 09-19-23 Chinese Kitchen New Orleans LA | 23.65- | 37.07 |
| 09-22 | POS Debit- Debit Card 1689 09-21-23 Par*smoothie King New Orleans LA | 11.47- | 25.60 |
| 09-25 | POS Debit- Debit Card 1689 09-21-23 Popeyes 2383 New Orleans LA | 6.60- | 19.00 |
| 09-25 | POS Debit- Debit Card 1689 09-21-23 Popeyes 2383 New Orleans LA | 14.86- | 4.14 |
| 10-02 | Transfer From Checking Kevin J Thompson Jr | 25.00 | 29.14 |
| 10-02 | Transfer From Checking Kevin J Thompson Jr | 50.00 | 79.14 |
| 10-02 | POS Debit- Debit Card 1689 10-01-23 Fanduelsbkprimary 9717083015 NJ | 25.00- | 54.14 |
| 10-03 | POS Debit- Debit Card 1689 10-02-23 Brothers Food Mart New Orleans LA | 25.20- | 28.94 |
| 10-04 | POS Debit - Debit Card 1689 Transaction 10-03-23 Papa John 3117 Calhoun New Orleans | 18.35- | 10.59 |
| 10-06 | POS Debit- Debit Card 1689 10-05-23 Fanduelsbkprimary 9717083015 NJ | 10.00- | 0.59 |
| 10-12 | Transfer From Checking Kevin J Thompson Jr | 25.00 | 25.59 |
| 10-13 | Deposit - ACH Paid From Rocky Point Inco Rp-6 Distr 01Afd1 | 400,000.00 | 400.025.59 |



AUSA ______
Defendant K.T.
Defense Counsel ______

On or around November 17, 2023, THOMPSON obtained a cashier's check in the amount of $52,890.76 drawn from the account ending in 0125, with THOMPSON listed as the remitter, payable to Tradeline Motorcars:



NAVY FEDERAL Credit Union
PO Box 3000
Merrifield, VA 22119-3000
navyfederal.org

68-7497
2560

Cashier's Check

| Serial No. | Account No. | Date | Amount |
|---|---|---|---|
| 0458023700 | ******0125 | 11/17/23 | $***********52890.76 |

Pay to the Order of TRADELINE MOTORCARS

REMITTER: KEVIN THOMPSON

Authorized Signature

⑆256074974⑆ 280912 ⑈002

Posting Date 2023 Nov 21 NFCU Account Number 280912
Amount $52,890.76

Records provided by Tradeline Motors show THOMPSON purchased a 2018 Porsche Panamera, vehicle identification number WP0AA2A76JL101813, on or around November 17, 2023, using his Sandalwood Street residence as the address:

On June 8, 2023, the Jefferson Parish Sheriff's Office (JPSO) Burglary Section received a call from the Jefferson Financial Federal Credit Union (JFFCU) in Metairie regarding an individual who had assumed the identity of VICTIM 1 The individual posing as VICTIM 1 had been using VICTIM 1's identity since May 2022 in Louisiana and had withdrawn more than $700,000.00 out of VICTIM 1's accounts.

Law enforcement learned from an employee at JFFCU that the individual was scheduled to visit the credit union the following day. Surveillance from previous visits to JFFCU showed the individual driving a Rolls Royce SUV. Officials reviewed the individual's credit union



AUSA ____
Defendant K.T.
Defense Counsel ____

membership form and conducted a search of the listed telephone number. The number was registered to an AT&T account in the name of Kevin THOMPSON. A search of the AT&T account confirmed that THOMPSON held the account. Also in the account was a driver's license photograph for THOMPSON. Law enforcement compared THOMPSON's driver's license photo to photos from the bank surveillance and confirmed that THOMPSON was the individual who had made prior transactions using VICTIM 1's information.

On June 9, 2023, law enforcement officers staged at the JFFCU awaiting THOMPSON. Eventually, the officers observed the Rolls Royce SUV arrive. THOMPSON exited the vehicle and entered the bank. Officers arrested THOMPSON after he informed bank officials that his debit card for VICTIM 1's account was not working. Detectives obtained THOMPSON's wallet which contained 2 bank cards and a Capital One debit card in VICTIM 1's name, VICTIM 1's social security card and driver's license, along with other documents in THOMPSON's name.

Detectives arrested THOMPSON and seized the Rolls Royce. They then contacted Capital One regarding the debit card seized from THOMPSON. Capital One informed the detectives that on May 25, 2022, two accounts in VICTIM 1's name were opened in a branch on Carondelet Street. Surveillance videos confirmed that THOMPSON opened the accounts. Between May 2022 and May 2023, four checks totaling more than $1,000,000.00 were deposited into the account, including one from the Baltimore Ravens (VICTIM 1's former team) for $885,491.00. During that same period, several withdrawals each in excess of $25,000.00 were made from the account.

Law enforcement contacted VICTIM 1 who advised that the Rolls Royce was stolen but VICTIM 1 did not report it when he first discovered that it was missing.

Law enforcement searched the Rolls Royce and found a check stub from the Ravens paycheck along with mail addressed to THOMPSON. Also in the vehicle were the registration for



AUSA ____
Defendant K.T.
Defense Counsel ____

the Rolls Royce in THOMPSON's name and receipts for withdrawals from the credit union account made by THOMPSON.

After arresting THOMPSON, officers obtained a search warrant for THOMPSON's residence at Apartment 316 in the Parkway Apartments, located at 4650 Washington Avenue in New Orleans.

During the execution of the warrant, officers located items relevant to the identity theft investigation. Specifically, officers found the original title for the Rolls Royce listing VICTIM 1 as the owner and a receipt from EFS Title Company in Metairie for the title transfer of the vehicle to Kevin THOMPSON on April 26, 2023.

Also, in one of the bedrooms officers located a Springfield Armory HS Produkt Hellcat 9mm pistol bearing serial number BB543961 on the floor next to the mattress. On the nightstand next to the mattress was a black leather-like backpack which contained a passport issued to THOMPSON.

In the bathroom closet of that bedroom, officers located a white and blue shopping bag with white lettering that contained four bricks of cocaine with a total net weight of 3,716.6 grams, as confirmed by the DEA laboratory. Also, in that same closet, officers located a black fabric backpack with "Tulane Health System" lettering that contained $228,000.00 cash.



AUSA ____
Defendant K.T.
Defense Counsel ____

Records and testimony would show that the electronic wire transfers described above were knowingly caused by THOMPSON and N. Thomas and that the wire communications traveled in interstate and/or foreign commerce for the purpose of executing the scheme to defraud VICTIM 1 of his monies and property. Further, for purposes of sentencing, the Government and N. Thomas stipulate and acknowledge that N. Thomas' conduct, including the reasonably foreseeable conduct of her co-conspirators, involve at least $1,500,000.00 but less than $3,500,00.00 that was stolen from VICTIM 1 during the course of the conspiracy.

**Limited Nature of Factual Basis**

This proffer of evidence is not intended to constitute a complete statement of all facts known by KEVIN THOMPSON or the government, but rather is a minimum statement of facts intended to prove the necessary factual predicate for the guilty plea. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for THOMPSON'S plea of guilty to the charged offenses in Count One of the Superseding Bill of Information.

**READ AND APPROVED:**

11/12/2026
ANDRE JONES (Date)
Assistant United States Attorney

11/12/26
ROGER JORDAN (Date)
Attorney for Defendant

11/12/26
KEVIN THOMPSON (Date)
Defendant